IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., a Florida Not-For-Profit Corporation, and BOB COHEN AND ELLEN S. COHEN, Individually, | : <br> : Case No.: 2:09-cv-564-UA-DNF <br> : <br> : |
| Plaintiffs, | : |
| v. | : |
| CREATIVE RESTAURANT MANAGEMENT COMPANY, and MELS-NAPLES, INC. Defendants. | : <br> : <br> : <br> : <br> : |

**PLAINTIFFS' NOTICE VOLUNTARY DISMISSAL**

Plaintiffs hereby dismiss the instant action with prejudice against all defendants pursuant to the terms of a Settlement Agreement reached with the Defendant, Mels-Naples, Inc..

Respectfully submitted,

Attorney for Plaintiffs:

 /s/ Thomas B. Bacon

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com